**From:** noreply@eeoc.gov
**Sent:** Wednesday, May 26, 2021 5:04 AM
**To:** asharkinc1@gmail.com
**Subject:** Reminder of Scheduled Interview for EEOC Inquiry 532-2021-01490

This is a reminder that you have scheduled an interview with the EEOC to discuss the inquiry you submitted online (532-2021-01490). Please note the following information about your interview:

- The interview will be by-phone
- Date/Time of interview: 06/24/2021 at 09:00 AM EDT

Before your interview, please sign-in to the EEOC Public Portal as soon as possible to answer a few important questions about your inquiry. Your responses help make your interview more productive and efficient. The information you provide is confidential and will not be disclosed to your employer during an investigation.

If you are unable to keep this appointment, please reschedule or cancel it.

Sign-in to Reschedule or Cancel Appointment

**Remember, you must complete an interview if you want EEOC to take further action on your inquiry.**

We will send you another email five business days before your scheduled interview, asking you to confirm your attendance.

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at digitalsupport@eeoc.gov and destroy all copies of the original message and attachments.*