IN THE COURT OF UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IBRAHIM SHARQAWI | ) | CASE NO. 1:20-cv-00271-PAB |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | **PLAINTIFF'S NOTICE OF FILING** |
| | ) | **EEOC RIGHT TO SUE LETTER** |
| THE KIRBY COMPANY, *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, hereby gives notice to all interested parties that he is filing herewith the Notice of Right to Sue he received from the EEOC on June 8, 2021, in connection with his retaliation claim against The Kirby Company, et al.  The Right to Sue Notice is attached hereto as Exhibit 1.

        Respectfully submitted,

        /s/*Caryn M. Groedel*
        Caryn M. Groedel (0060131)
        cgroedel@groedel-law.com
        CARYN GROEDEL & ASSOCIATES CO., LPA
        31340 Solon Road, Suite 27
        Cleveland, OH  44139
        Telephone:  440-544-1122
        Facsimile:   440-996-0064
        One of the Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 11th day of June, 2021.  Notice of this filing will be sent to all parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Caryn M. Groedel*
        Caryn M. Groedel