IN THE COURT OF UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IBRAHIM SHARQAWI | ) | CASE NO. 1:20-cv-00271-PAB |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | **PLAINTIFF'S NOTICE OF FILING** |
| | ) | **EEOC RIGHT TO SUE LETTER** |
| THE KIRBY COMPANY, *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, hereby gives notice to all interested parties that he is filing herewith the Notice of Right to Sue he received from the EEOC on August 31, 2021, in connection with his discrimination of national origin and retaliation claims against The Kirby Company, et al.  The Right to Sue Notice is attached hereto as Exhibit 1.

Respectfully submitted,

/s/*Caryn M. Groedel*
Caryn M. Groedel (0060131)
cgroedel@groedel-law.com
CARYN GROEDEL & ASSOCIATES CO., LPA
31340 Solon Road, Suite 27
Cleveland, OH  44139
Telephone:  440-544-1122
Facsimile:   440-996-0064
One of the Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 2nd day of September, 2021.  Notice of this filing will be sent to all parties by the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Caryn M. Groedel*
Caryn M. Groedel

1