



Ex. 2





Ex. 2



Ex. 2



Ex. 2

P004



Ex. 2

P005



Ex. 2

**Kevin**

Tue, Aug 28, 3:44 PM

Abe, call me at Kirby office

Wed, Aug 29, 8:35 PM

Abe, Need your September calendar and September promotions. ASAP

Thu, Aug 30, 10:52 AM

Abe, it's GO time, get all August orders in today.

Abe, call me at Kirby

Thu, Aug 30, 5:18 PM

Abe, how many more purchases tomorrow?

Fri, Aug 31, 10:53 AM

Abe, call me at the Kirby company

Fri, Aug 31, 2:52 PM

Abe, Need remaining orders ASAP

Ex. 2

P007



**Kevin**

Mon, Jul 30, 4:19 PM

Abe, get orders in by 5:00

Tue, Jul 31, 9:07 AM

Abe, I assume that you are still looking at 1050+ orders for the month of July? Who will be ordering today and how many?

Tue, Jul 31, 11:24 AM

Call me at office

Why ?

Marcus is soliciting my distributors and nothing is being done

I am calling David

Marcus is interfering with the growth of my division

But your doing nothing

Tue, Jul 31, 1:23 PM

Ex. 2

P009