# Don Biroschik CPA, P.A.
## Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL 32065
Phone:    904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the amounts of 401K Contributions that Mr. Sharqawi was eligible for between 2010 and 2018:

| Year | Amount |
|---|---|
| 2010 | $ 16,875.00 |
| 2011 | $ 30,950.00 |
| 2012 | $ 26,000.00 |
| 2013 | $ 17,500.00 |
| 2014 | $ 17,500.00 |
| 2015 | $ 27,956.50 |
| 2016 | $ 29,473.00 |
| 2017 | $ 24,875.00 |
| 2018 | $ 23,325.00 |

Sincerely,

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

# Don Biroschik CPA, P.A.
# Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL  32065
Phone:     904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the business expenses for Mr. Sharqawi for the calendar year 2010:

| | |
|---|---|
| Freight In | 6,392.01 |
| Subcontractors | 224,987.53 |
| Purchases | 506,060.21 |
| Depreciation | 19,035.00 |
| Meetings | 570.00 |
| Advertising | 7,555.90 |
| Automobile | 78,894.71 |
| Bank Charges | 2,663.13 |
| Business Gifts | 456.00 |
| Charity | 295.00 |
| Consulting | 1,200.00 |
| Continuing Education | 100.00 |
| Credit Analysis | 2,252.66 |
| Dealer Contests | 11,993.55 |
| Dues & Subscriptions | 251.64 |
| Insurance | 17,661.87 |
| Legal & Professional Fees | 12,190.48 |
| Licenses & Permits | 1,425.88 |

| | |
|---|---|
| Maintenance | 19,346.41 |
| Meals | 10,657.96 |
| Office Equipment | 4,720.67 |
| Office Supplies | 25,793.75 |
| Office Wages | 4,950.00 |
| Officer Compensation | 1,500.00 |
| Payroll Expenses | 42,094.94 |
| Postage & Delivery | 1,927.14 |
| Rent | 31,774.37 |
| Sales Rallies | 1,989.40 |
| Travel | 23,208.39 |
| Utilities | 24,200.16 |

Sincerely,

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

# Don Biroschik CPA, P.A.
# Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL  32065
Phone:     904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the business expenses for Mr. Sharqawi for the calendar year 2011:

| | |
|---|---|
| Freight In | 411.26 |
| Transportation Expense | 60,015.25 |
| Subcontractors | 26,981.55 |
| Purchases | 175,835.70 |
| Depreciation | 1,700.00 |
| Awards | 38.00 |
| Charity | 2,090.37 |
| Continuing Education | 9,664.61 |
| Dealer Contests | 23,329.89 |
| Dues & Subscriptions | 50.00 |
| Insurance | 18,328.32 |
| Legal & Professional Fees | 10,084.36 |
| Maintenance | 19,290.71 |
| Meals | 20,614.16 |
| Medical | 11,942.41 |
| Office Supplies | 12,964.75 |
| Officer Wages | 57,800.00 |
| Payroll Expenses | 45,875.76 |

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER   P7055

Ex. 4

| | |
|---|---|
| Postage & Delivery | 1,150.85 |
| Rent | 5,418.86 |
| Sales Rallies | 80,710.41 |
| Travel | 30,148.86 |
| Uniforms | 1,012.27 |
| Utilities | 19,434.48 |

Sincerely,

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER   P7056

# Don Biroschik CPA, P.A.
## Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL  32065
Phone:     904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the business expenses for Mr. Sharqawi for the calendar year 2012:

| | |
|---|---|
| Subcontractors | 20,507.52 |
| Purchases | 3,322.78 |
| Depreciation | 1,530.00 |
| Automobile | 22,913.52 |
| Bank Charges | 1,338.42 |
| Charity | 1,583.90 |
| Continuing Education | 368.21 |
| Dealer Contests | 1,947.94 |
| Dues & Subscriptions | 109.25 |
| Insurance | 16,041.75 |
| Legal & Professional Fees | 56,924.44 |
| Maintenance | 1,819.50 |
| Meals | 5,270.53 |
| Medical | 1,852.90 |
| Office Supplies | 22,740.29 |
| Office Wages | 30,000.00 |
| Officer Wages | 36,000.00 |
| Payroll Expenses | 19,935.32 |

| | |
|---|---|
| Postage & Delivery | 143.32 |
| Rent | 24,000.00 |
| Sales Rallies | 4,743.27 |
| Traffic Fees | 70.00 |
| Travel | 20,599.15 |
| Uniforms | 475.83 |
| Utilities | 5,938.29 |

Sincerely,

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER   P7058

Ex. 4

## Don Biroschik CPA, P.A.
## Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL  32065
Phone:     904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the business expenses for Mr. Sharqawi for the calendar year 2013:

| Category | Amount |
|---|---|
| Purchases | 20,521.56 |
| Depreciation | 689.00 |
| Automobile | 33,698.61 |
| Bank Charges | 2,099.49 |
| Charity | 30.00 |
| Dealer Contests | 300.00 |
| Dues & Subscriptions | 39.95 |
| Insurance | 21,169.98 |
| Legal & Professional Fees | 20,211.00 |
| Licenses & Permits | 150.00 |
| Maintenance | 3,390.95 |
| Meals | 9,571.70 |
| Medical | 95.52 |
| Office Supplies | 14,095.36 |
| Office Wages | 30,000.00 |
| Outside Services | 1,082.00 |
| Payroll Expenses | 9,592.97 |
| Postage & Delivery | 1,337.41 |

| | |
|---|---|
| Sales Rallies | 2,868.70 |
| Telephone | 4,080.00 |
| Travel | 26,355.19 |
| Utilities | 5,129.91 |

Sincerely,

*[signature]*

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER   P7060
Ex. 4

## Don Biroschik CPA, P.A.
## Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL 32065
Phone: 904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the business expenses for Mr. Sharqawi for the calendar year 2014:

| | |
|---|---|
| Staff Costs | 20,697.82 |
| Advertising | 5,851.64 |
| Automobile | 47,050.08 |
| Bank Charges | 652.70 |
| Computer & Internet | 374.08 |
| Commissions | 9,200.00 |
| Dues & Subscriptions | 70.59 |
| Insurance | 18,479.51 |
| Interest Expense | 400.00 |
| Legal & Professional Fees | 15,250.00 |
| Meals | 14,708.85 |
| Office Supplies | 16,886.52 |
| Postage & Delivery | 825.88 |
| Telephone | 2,551.03 |
| Travel | 42,488.40 |
| Uniforms | 3,022.95 |
| Utilities | 1,640.77 |

Sincerely,

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER   P7062
Ex. 4

# Don Biroschik CPA, P.A.
## Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL 32065
Phone:     904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the business expenses for Mr. Sharqawi for the calendar year 2015:

| | |
|---|---|
| Staff Costs | 34,155.00 |
| Supplies | 581.00 |
| Meetings | 1,065.00 |
| Advertising | 1,403.00 |
| Automobile | 38,275.00 |
| Bank Charges | 1,127.00 |
| Computer & Internet | 306.00 |
| Dues & Subscriptions | 50.00 |
| Insurance | 20,639.00 |
| Legal & Professional Fees | 10,195.00 |
| Meals | 7,984.00 |
| Miscellaneous | 200.00 |
| Office Supplies | 14,454.00 |
| Officer Compensation | 39,826.00 |
| Payroll Expenses | 3,793.00 |
| Postage & Delivery | 512.00 |
| Sales Rallies | 2,483.00 |
| Telephone | 4,317.00 |

Travel            44,912.00

Sincerely,

*[signature]*

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

# Don Biroschik CPA, P.A.
# Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL  32065
Phone:     904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the business expenses for Mr. Sharqawi for the calendar year 2016:

| | |
|---|---|
| Subcontractors | 1,720.00 |
| Purchases | 143.64 |
| Advertising | 3,144.76 |
| Automobile | 10,093.74 |
| Bank Charges | 754.21 |
| Charity | 271.06 |
| Dealer Contests | 102.60 |
| Dues & Subscriptions | 50.00 |
| Insurance | 18,198.88 |
| Legal & Professional Fees | 3,600.00 |
| Licenses & Permits | 2,828.84 |
| Maintenance | 400.04 |
| Meals | 18,750.19 |
| Office Supplies | 10,022.00 |
| Office Wages | 32,240.04 |
| Officer Compensation | 45,891.63 |
| Payroll Expenses | 5,733.36 |
| Postage & Delivery | 1,043.01 |

| | |
|---|---|
| Rent | 6,917.50 |
| Sales Rallies | 9,787.12 |
| Staff Costs | 5,758.81 |
| Storage | 802.50 |
| Telephone | 6,043.51 |
| Traffic Fees | 250.00 |
| Travel | 70,759.95 |
| Uniforms | 271.25 |
| Utilities | 397.48 |

Sincerely,

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER   P7066

Ex. 4

# Don Biroschik CPA, P.A.
## Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL  32065
Phone:     904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the business expenses for Mr. Sharqawi for the calendar year 2017:

| | |
|---|---|
| Subcontractors | 1,100.00 |
| Purchases | 1,836.37 |
| Advertising | 3,343.68 |
| Automobile | 13,622.66 |
| Bank Charges | 501.12 |
| Charity | 175.00 |
| Dues & Subscriptions | 38.86 |
| Insurance | 17,902.89 |
| Legal & Professional Fees | 13,700.00 |
| Maintenance | 180.54 |
| Meals | 19,314.88 |
| Medical | 50.00 |
| Meeting Expense | 194.98 |
| Office Supplies | 6,820.93 |
| Office Wages | 23,400.00 |
| Officer Compensation | 27,500.00 |
| Payroll Expenses | 4,355.85 |
| Postage & Delivery | 488.61 |

| | |
|---|---|
| Rent | 10,596.50 |
| Sales Rallies | 7,601.37 |
| Staff Costs | 4,466.92 |
| Telephone | 6,016.42 |
| Travel | 68,833.53 |
| Uniforms | 1,282.15 |
| Utilities | 102.20 |

Sincerely,

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

## Don Biroschik CPA, P.A.
## Certified Public Accountants

35 Knight Boxx Road, Suite 4
Orange Park, FL 32065
Phone: 904-276-2262
Facsimile: 904-621-9172

To Whom It May Concern:

These are the business expenses for Mr. Sharqawi for the calendar year 2018:

| | |
|---|---|
| Subcontractors | 892.47 |
| Purchases | 27.51 |
| Advertising | 5,811.18 |
| Automobile | 9,653.67 |
| Bank Charges | 3,847.83 |
| Charity | 19.22 |
| Dues & Subscriptions | 151.90 |
| Insurance | 16,142.25 |
| Interest Expense | 18,397.85 |
| Legal & Professional Fees | 11,416.08 |
| Licenses & Permits | 246.47 |
| Maintenance | 4,046.28 |
| Meals | 13,560.99 |
| Medical | 493.00 |
| Office Supplies | 9,314.05 |
| Office Wages | 1,800.00 |
| Officer Compensation | 19,300.00 |
| Payroll Expenses | 1,675.75 |

| | |
|---|---|
| Postage & Delivery | 155.75 |
| Rent | 6,228.99 |
| Sales Rallies | 3,301.62 |
| Staff Costs | 575.52 |
| Telephone | 5,505.89 |
| Travel | 64,137.60 |
| Uniforms | 680.28 |
| Utilities | 421.65 |

Sincerely,

*[signature]*

Jonathan D. Stanley, CPA
Don Biroschik, CPA, PA.

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER  P7070

Ex. 4