Ex. 11

**From:** Caryn Groedel [mailto:cgroedel@groedel-law.com]
**Sent:** Monday, September 24, 2018 11:05 PM
**To:** David Lamb
**Cc:** Denise Jenison
**Subject:** RE: Sharqawi/Kirby

No, he isn't. He is pursuing legal rights and remedies. Letter to follow shortly.


Caryn M. Groedel, Esq.
OSBA Certified Specialist in Labor & Employment Law



31340 Solon Road, Suite 27
Cleveland, OH 44139
phone: (440) 544-1122 x102
fax: (440) 996-0064
email: cgroedel@groedel-law.com


CONFIDENTIALITY NOTE: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent

Ex. 11

D-0001671

responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please call Caryn M. Groedel at 440-544-1122 and destroy the original message and all copies.

---

**From:** David Lamb [mailto:dlamb@scottfetzer.com]
**Sent:** Monday, September 24, 2018 2:18 PM
**To:** Caryn Groedel
**Cc:** Denise Jenison
**Subject:** RE: Sharqawi/Kirby

Caryn,

Thank you for your note. Is Abe going to execute the documents that I sent last week?

Best,

David

David C. Lamb
Vice President and General Counsel
The Scott Fetzer Company
28800 Clemens Rd.
Westlake, OH  44145
440-892-3053 (Direct)
440-892-3033 (Fax)
dlamb@scottfetzer.com

***** PRIVILEGE AND CONFIDENTIALITY NOTICE ***** The information in this electronic mail is intended for the named recipients only.  It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  Please notify me immediately at 440.892.3033 and then delete it from your system. Thank you

---

**From:** Caryn Groedel [mailto:cgroedel@groedel-law.com]
**Sent:** Friday, September 21, 2018 8:34 PM
**To:** David Lamb
**Cc:** Denise Jenison
**Subject:** Sharqawi/Kirby

David:

Abe has retained me to represent him in this matter.  I plan on transmitting a letter of representation to you early next week.

Please include Denise Jenison on all emails to me.

Thank you.

Caryn



Caryn M. Groedel, Esq.
OSBA Certified Specialist in Labor & Employment Law

D-0001672



31340 Solon Road, Suite 27
Cleveland, OH 44139
phone: (440) 544-1122 x102
fax: (440) 996-0064
email: cgroedel@groedel-law.com

CONFIDENTIALITY NOTE: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call Caryn M. Groedel at 440-544-1122 and destroy the original message and all copies.

**From:** David Lamb [mailto:dlamb@scottfetzer.com]
**Sent:** Friday, September 21, 2018 3:33 PM
**To:** Caryn Groedel
**Subject:** RE: Sharqawi/Kirby

Caryn,

I hope that this finds you well and that you had a good holy day.

Thank you for your letter. Has Abe signed the agreement ?

Best,

David

David C. Lamb
Vice President and General Counsel
The Scott Fetzer Company
28800 Clemens Rd.
Westlake, OH 44145
440-892-3053 (Direct)
440-892-3033 (Fax)
dlamb@scottfetzer.com

***** PRIVILEGE AND CONFIDENTIALITY NOTICE ***** The information in this electronic mail is intended for the named recipients only. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Please notify me immediately at 440.892.3033 and then delete it from your system. Thank you

**From:** Denise Jenison [mailto:djenison@groedel-law.com]
**Sent:** Tuesday, September 18, 2018 12:06 PM
**To:** David Lamb
**Cc:** Caryn Groedel
**Subject:** Sharqawi/Kirby

Dear Mr. Lamb:

Please see the attached letter from Ms. Groedel.

Thank you,

Denise Jenison
Legal Assistant


31340 Solon Road, Suite 27
Cleveland, OH  44139
Phone:  (440) 544-1122, Ext. 100
Fax:       (440) 996-0064
Email:    djenison@groedel-law.com


CONFIDENTIALITY NOTE:  This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please contact the firm at the number above and destroy the original message and all copies.