3:26
◀ Search

**Domestic DS's**
Carl, Dan, John, Josh, Kevin, Mike, Rob, Thomas, Tim...

Fantastic. Good job Mike !
8:28 PM

**Josh Liskey**
Bam 💥 9:07 PM

Thu, Jun 14

**Kevin Reitmeier**
Positive news: Abe visit FD office Monday, gave him the divisional map, identified DT towns and opened DT when he was there. Then visit another FD Tuesday, gave him the divisional map, identify DT towns and located a DT office. On Wednesday, 2 FD's contacted him and inquired when able visit their office because they have DT's to promote !!! Bam 💥!! If you are still spending the majority of your time trying to get people to sell more vacuum cleaners instead of opening more offices, you are missing the MOVEMENT !!!!!!!
8:16 AM

**Thomas Walsh Jr.**
👍🏼👍🏼
8:18 AM

3:27

◀ Search

**Domestic DS's**
Carl, Dan, John, Josh, Kevin, Mike, Rob, Thomas, Tim...

We Are Positive!!   5:08 PM

**Kevin Reitmeier**
Very positive !! I believe Jeremy Moore will be a distributor with 10+ DTs !!   5:16 PM

**Tim**
Positive   6:20 PM

Tue, Jun 12



Josiah Moore   2:15 PM

+1 (720) 333-0492 ~Michael Licata
Positive   2:15 PM

Carl

D-0000946



**Domestic DS's**
Carl, Dan, John, Josh, Kevin, Mike, Rob, Thomas, Tim...

**Tim**
👍🏻 👍🏻
8:10 PM

**John Pedano**
GROWING! 8:20 PM

**Kevin Reitmeier**
Fantastic Abe. Good work!
8:22 PM

**Todd Tipton**
Positive! 8:22 PM

Thu, Jul 19

**Josh Liskey**
Positive Abe 12:43 AM

**Dan Blalock**


Ex. 1

D-0000947

◀ Search

**Domestic DS's**
Carl, Dan, John, Josh, Kevin, Mike, Rob, Thomas, Tim…

Fantastic. Good job Mike !
8:28 PM

**Josh Liskey**
Bam 💥    9:07 PM

Thu, Jun 14

**Kevin Reitmeier**
Positive news: Abe visit FD office Monday, gave him the divisional map, identified DT towns and opened DT when he was there. Then visit another FD Tuesday, gave him the divisional map, identify DT towns and located a DT office. On Wednesday, 2 FD's contacted him and inquired when able visit their office because they have DT's to promote !!! Bam 💥 !! If you are still spending the majority of your time trying to get people to sell more vacuum cleaners instead of opening more offices, you are missing the MOVEMENT !!!!!!!
8:16 AM

**Thomas Walsh Jr.**
👍🏼👍🏼
8:18 AM

**Domestic DS's**
Carl, Dan, John, Josh, Kevin, Mike, Rob, Thomas, Tim...

**Josh Liskey**
💥 💥 💥     2:17 PM

**Mark S**
Positive!     2:17 PM

**Thomas Walsh Jr.**
👍 👍
2:21 PM

**MAUREEN HANNON**
Go get em Abe!!     2:26 PM

**Mike Lopez**
Awesome     2:27 PM

**Carl**
Well done Abe!     2:41 PM

**Dan Blalock**
👍 👍 👍
2:44 PM

**Kevin Reitmeier**
Fantastic Abe !! That is Growing a division !!     2:48 PM

**Tim**
Positive

D-0000949



Covering territory with Jeremy

4:40 PM



Brian Hoffman's free kirbys

3:23

◀ Search

**Domestic DS's**
Carl, Dan, John, Josh, Kevin, Mike, Rob, Thomas, Tim…

**Tim**
👍🏻 👍🏻
8:10 PM

**John Pedano**
GROWING!    8:20 PM

**Kevin Reitmeier**
Fantastic Abe. Good work!
8:22 PM

**Todd Tipton**
Positive !    8:22 PM

Thu, Jul 19

**Josh Liskey**
Positive Abe    12:43 AM

**Dan Blalock**




Ex. 1

D-0000952



Casual breakfast meeting with DT at Golf Club! With Ricky Jakob
1:25 PM



1:25 PM

Future FD  1:25 PM

Carl

👍

1:36 PM

Kevin Reitmeier
Good job Abe!!   1:47 PM