From: Halle Sminchak
Sent: Friday, July 27, 2018 5:02 PM
To: David Lamb <dlamb@scottfetzer.com>; Adrienne Cvetkovic <ACvetkovic@Kirby.com>
Subject: RE: Abe

Please see the attached and his facebook page: https://www.facebook.com/abe.sharkawi. Let us know if you need anything else.

-----Original Message-----
From: David Lamb <dlamb@scottfetzer.com>
Sent: Thursday, July 26, 2018 3:46 PM
To: Adrienne Cvetkovic <ACvetkovic@kirby.com>
Cc: Halle Sminchak <hsminchak@kirby.com>
Subject: Re: Abe

A picture of Abe - like a head shot.

Sent from my iPhone

> On Jul 26, 2018, at 3:43 PM, Adrienne Cvetkovic <ACvetkovic@kirby.com> wrote:
>
> I'm sorry, David, but a picture of what? Here is a picture of the outside of the store.
> [image1.jpeg]
> Adrienne
>
> Sent from my iPhone
>
> On Jul 26, 2018, at 2:39 PM, David Lamb <dlamb@scottfetzer.com<mailto:dlamb@scottfetzer.com>> wrote:
>
> Thanks very much. Do you have a picture?
> Best david
>
> Sent from my iPhone
>
> On Jul 26, 2018, at 2:02 PM, Adrienne Cvetkovic <ACvetkovic@kirby.com<mailto:ACvetkovic@kirby.com>> wrote:
>
> Abe's Home Address:
>
> 539 Longmill Lane
> Orange Park, FL 32065
>
> *David, this address is what we have in the AS400 system. I checked the Clay County Auditor site and the owner shows as Invitation Homes Inc Attn: Tax Department. I also checked his last name with the site and nothing pulled up in Clay County.
>
>
> Abe's Office Address:
>
> 1301 Riverplace Blvd., Ste 800
> Jacksonville, FL 32207
>
> CBD Store:
>
> Jax American Shaman CBD
> 1871 Wells Road
> Suite 100

D-0001738

```
> Orange Park, FL 32073
>
>
> Have a great afternoon, David.
>
> Adrienne
>
>
> Adrienne N. Cvetkovic
> Senior Manager, Business Compliance and Consumer Relations
>
> The Kirby Company
> 1920 W. 114th Street
> Cleveland, Ohio 44102
> 216-228-2400
> Direct: 216-529-6203
>
>
>
> From: David Lamb <dlamb@scottfetzer.com<mailto:dlamb@scottfetzer.com>>
> Sent: Thursday, July 26, 2018 11:15 AM
> To: Adrienne Cvetkovic <ACvetkovic@Kirby.com<mailto:ACvetkovic@Kirby.com>>
> Cc: Halle Sminchak <hsminchak@kirby.com<mailto:hsminchak@kirby.com>>
> Subject: RE: Abe
>
> Thanks Adrienne!
>
> David C. Lamb
> Vice President and General Counsel
> The Scott Fetzer Company
> 28800 Clemens Rd.
> Westlake, OH  44145
> 440-892-3053 (Direct)
> 440-892-3033 (Fax)
> dlamb@scottfetzer.com<mailto:dlamb@scottfetzer.com>
>
> ***** PRIVILEGE AND CONFIDENTIALITY NOTICE ***** The information in this electronic mail is intended
for the named recipients only.  It may contain information that is privileged, confidential, and exempt
from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent
responsible for delivering the message to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited.  Please notify me
immediately at 440.892.3033 and then delete it from your system. Thank you
>
> From: Adrienne Cvetkovic [mailto:ACvetkovic@kirby.com]
> Sent: Thursday, July 26, 2018 11:10 AM
> To: David Lamb
> Cc: Halle Sminchak
> Subject: Re: Abe
>
> Hi, David.  Halle and I are both out (she's at a DSA conference and I'm at the Diamond Division
meeting).  I'll be back in the office around 1:00 and will e-mail it to you.
>
> Adrienne
> Sent from my iPhone
>
> On Jul 26, 2018, at 9:24 AM, David Lamb <dlamb@scottfetzer.com<mailto:dlamb@scottfetzer.com>> wrote:
> Hi - will you send me Abe's home address and the address of his office and the address of the CBD store
or stores in which he is allegedly involved?
>
> Thanks!
>
> David
>
> David C. Lamb
> Vice President and General Counsel
> The Scott Fetzer Company
> 28800 Clemens Rd.
> Westlake, OH  44145
> 440-892-3053 (Direct)
> 440-892-3033 (Fax)
> dlamb@scottfetzer.com<mailto:dlamb@scottfetzer.com>
>
> ***** PRIVILEGE AND CONFIDENTIALITY NOTICE ***** The information in this electronic mail is intended
for the named recipients only.  It may contain information that is privileged, confidential, and exempt
from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent
responsible for delivering the message to the intended recipient, you are hereby notified that any
```

D-0001739

dissemination, distribution or copying of this communication is strictly prohibited.  Please notify me
immediately at 440.892.3033 and then delete it from your system. Thank you
>
> <image1.jpeg>

D-0001740



**Information**

| | |
|---|---|
| Name | Ibrahim Sharqawi |
| Location | St. Augustine, FL |
| Age | 42 years |
| Booking Date | 06-24-2013 |

**Booking Charges**

948.06 N N PROB VIOLATION

Detailed Arrest Information

An arrest does not mean that the individual has been convicted of the crime. Individuals on this website are innocent until proven

Ex. 12

D-0001741

**From:** Adrienne Cvetkovic <ACvetkovic@kirby.com>
**Sent:** Thursday, July 26, 2018 3:39 PM
**To:** David Lamb <dlamb@scottfetzer.com>
**Cc:** Halle Sminchak <hsminchak@kirby.com>
**Subject:** Re: Abe

I'm sorry, David, but a picture of what?  Here is a picture of the outside of the store.



Adrienne

Sent from my iPhone

D-0001742

On Jul 26, 2018, at 2:39 PM, David Lamb <dlamb@scottfetzer.com> wrote:

Thanks very much. Do you have a picture?
Best david

Sent from my iPhone

On Jul 26, 2018, at 2:02 PM, Adrienne Cvetkovic <ACvetkovic@kirby.com> wrote:

Abe's Home Address:

539 Longmill Lane
Orange Park, FL 32065

*David, this address is what we have in the AS400 system.  I checked the Clay County Auditor site and the owner shows as Invitation Homes Inc Attn: Tax Department.  I also checked his last name with the site and nothing pulled up in Clay County.

Abe's Office Address:

1301 Riverplace Blvd., Ste 800
Jacksonville, FL 32207

CBD Store:

Jax American Shaman CBD
1871 Wells Road
Suite 100
Orange Park, FL 32073

Have a great afternoon, David.

Adrienne

**Adrienne N. Cvetkovic**
Senior Manager, Business Compliance and Consumer Relations

**The Kirby Company**
1920 W. 114th Street
Cleveland, Ohio 44102
216-228-2400
Direct: 216-529-6203

---

**From:** David Lamb <dlamb@scottfetzer.com>
**Sent:** Thursday, July 26, 2018 11:15 AM
**To:** Adrienne Cvetkovic <ACvetkovic@Kirby.com>

Ex. 12

D-0001743

**Cc:** Halle Sminchak <hsminchak@kirby.com>
**Subject:** RE: Abe

Thanks Adrienne!

David C. Lamb
Vice President and General Counsel
The Scott Fetzer Company
28800 Clemens Rd.
Westlake, OH  44145
440-892-3053 (Direct)
440-892-3033 (Fax)
dlamb@scottfetzer.com

***** PRIVILEGE AND CONFIDENTIALITY NOTICE ***** The information in this electronic mail is intended for the named recipients only.  It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  Please notify me immediately at 440.892.3033 and then delete it from your system. Thank you

**From:** Adrienne Cvetkovic [mailto:ACvetkovic@kirby.com]
**Sent:** Thursday, July 26, 2018 11:10 AM
**To:** David Lamb
**Cc:** Halle Sminchak
**Subject:** Re: Abe

Hi, David.  Halle and I are both out (she's at a DSA conference and I'm at the Diamond Division meeting).  I'll be back in the office around 1:00 and will e-mail it to you.

Adrienne

Sent from my iPhone

On Jul 26, 2018, at 9:24 AM, David Lamb <dlamb@scottfetzer.com> wrote:

Hi – will you send me Abe's home address and the address of his office and the address of the CBD store or stores in which he is allegedly involved?

Thanks!

David

David C. Lamb
Vice President and General Counsel
The Scott Fetzer Company
28800 Clemens Rd.
Westlake, OH  44145
440-892-3053 (Direct)
440-892-3033 (Fax)
dlamb@scottfetzer.com

***** PRIVILEGE AND CONFIDENTIALITY NOTICE ***** The information in this electronic mail is intended for the named recipients only.  It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  Please notify me immediately at 440.892.3033 and then delete it from your system. Thank you

D-0001744



Wednesday, Sep 26, 2018  11:12 AM

Ex. 12

D-0001745



Wednesday, Sep 26, 2018  11:12 AM

Ex. 12

D-0001746



Wednesday, Sep 26, 2018  11:12 AM

Ex. 12

D-0001747



Wednesday, Sep 26, 2018  11:10 AM

Ex. 12

D-0001748



Wednesday, Sep 26, 2018  11:10 AM

Ex. 12

D-0001749



Effective immediately all social media content and posts will come from the corporate voice. This strategy will limit risk for a franchisor as it pertains to the following restrictions.

Companies who fail to correct the violations, as outlined in the FDA warning letters, may be subject to legal enforcement action. Please be advised a series of warning letters have been received.

We appreciate your immediate attention and support in bringing wellness to the world.

Thank you,

Vince

Need more information or FAQ's?
LEARN MORE

CBD AMERICAN SHAMAN | www.cbdamericanshaman.com

Facebook  Twitter  Instagram

CBD American Shaman
5400 Johnson Dr.
Mission, KS 66202
Unsubscribe todd@unitedgungroup.com
Update Profile | About our service provider
Sent by vince@americanshamancbd.com
In collaboration with
Trusted Email from Constant Contact - Try it FREE today.
Try it free today

CBD
American Shaman™

Wednesday, Sep 26, 2018  11:11 AM

Ex. 12

D-0001750

**From:** Halle Sminchak
**Sent:** Wednesday, September 26, 2018 4:08 PM
**To:** Mike Nichols <mnichols@scottfetzer.com>; dlamb@scottfetzer.com; Glenn Novak <GNovak@kirby.com>; Kevin Reitmeier <KReitmeier@Kirby.com>
**Subject:** American Shaman

This is interesting.  If I go to facebook and search "American Shaman," a ton of sites remain active, including Abe's.   However, it looks like Carla Bauhofer's is down.  If I google her old site – www.cbdofvancouver.com – I'm directed to the main Shaman site.

**Halle Sminchak**
**Chief Compliance Officer**
The Kirby Company
1920 West 114th Street
Cleveland, Ohio 44102

Direct Line: 216-529-6210
Facsimile: 216-228-9231
Email: hsminchak@kirby.com
Website: www.kirby.com

Ex. 12

D-0001751

**From:** Mike Nichols <mnichols@scottfetzer.com>
**Sent:** Monday, July 16, 2018 1:39 PM
**To:** Halle Sminchak <hsminchak@kirby.com>
**Cc:** David Lamb <dlamb@scottfetzer.com>
**Subject:** Nelson

See the related article.  It may make sense to stop by Abe's daughters shop as well?

Ex. 12

D-0001752



Ex. 12

D-0001753

**From:** Halle Sminchak
**Sent:** Monday, July 16, 2018 2:07 PM
**To:** Mike Nichols <mnichols@scottfetzer.com>
**Cc:** David Lamb <dlamb@scottfetzer.com>
**Subject:** RE: Nelson

Agreed.  Do you have the information for the shop of Abe's daughter?  Hopefully, it is somewhere in between Jacksonville Beach and Bradenton/Sarasota.

---

**From:** Mike Nichols <mnichols@scottfetzer.com>
**Sent:** Monday, July 16, 2018 1:39 PM
**To:** Halle Sminchak <hsminchak@kirby.com>
**Cc:** David Lamb <dlamb@scottfetzer.com>
**Subject:** Nelson

See the related article.  It may make sense to stop by Abe's daughters shop as well?

Ex. 12

D-0001754

From: Mike Nichols <mnichols@scottfetzer.com>
Sent: Monday, July 16, 2018 2:12 PM
To: Halle Sminchak <hsminchak@kirby.com>
Cc: David Lamb <dlamb@scottfetzer.com>
Subject: requested info

Ex. 12

D-0001755

●○○○○ **Sprint** LTE ⠿ **8:36 PM** ☾ ✳ **55%** ▮



**Abe Sharkawi ▶ Swip Swap**
**Jacksonville Fl**                                    **...**
Wednesday at 6:31 PM · 🌐

**Jax American Shaman CBD**
**Now open ! Check out our FB**
**1871 wells road suite 100**
**32073**





Ex. 12

D-0001756





 **Abe's Post** 



 Like           Share

 4

 **Terri Bisson**
**Is CBD legal?**

1d    Like

 **Jean Morgan Herbert**
**Yes it is in all 50 states**

23h    Like        

 **Carolyn Scott**
**What are you located next to?**

18h    Like

 **Abe Sharkawi**
**We are next to New Balance**
**across the street from OP mall.**
**Check out our FB for more info**
**Jax american shaman CBD**

3h    Like

            

Ex. 12

D-0001758

●●●○○ Sprint LTE    **2:58 PM**    ☾ ⚹ **84%** ▬▶

 

### Abe Sharkawi ▶ Swip Swap
### Jacksonville Fl
Yesterday at 5:18 PM · 🌐

⋯

**1 share**



**Shay Rust**
**Do you have a Facebook?**

21h  **Like**



**Abe Sharkawi**
**Jax American Shaman CBD**

21h  **Like**



**Shay Rust**
**Thank you!**

21h  **Like**



**Sonia RO**
**Yes I do**

5h  **Like**



**Abe Sharkawi**
**Come in for your free samples**
**m-f 11am -8pm**
**Check out our FB for more info**
**Jax american shaman CBD**

    

Ex. 12

D-0001759

 

●●●○○ Sprint   LTE                    2:58 PM                    ☾ ∗ 84% ▰

### Abe Sharkawi ▶ Swip Swap Jacksonville Fl
Wednesday at 6:31 PM · 🌐



11:07

**Done    Jacksonville Flyer - Proof**    Ⓐ

cbdofjax.com · 📘 Jax American Shaman CBD

*These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease. For use by adults 18+ • Keep out of reach of children. Should not be used by pregnant or breast feeding women.

## Healing Mind and Body
### Come see our Water Soluble Specialist for
# FREE SAMPLES!
### No prescription needed!

**CBD+**

**CONDITIONS\***

PARKINSONS
ARTHRITIS
MS
ADHD
OCD
PTSD
CANCER
TUMORS
HEADACHES
MIGRAINES
SEIZURES
EPILEPSY
LUPUS
FIBROMYALGIA
& MORE

**BENEFITS\***

ANTI-INFLAMMATORY
ANTI-OXIDANT
PAIN RELIEF
ANTI-DEPRESSANT
NEURO-PROTECTANT
INCREASED SLEEP
INCREASED MEMORY
INCREASED APPETITE
ENHANCED MOOD
BONE DEVELOPMENT
REDUCE ANXIETY
RELIEVES NAUSEA
& MORE

**CBD is Safe for Pets!**

    

Ex. 12

D-0001760

From: Halle Sminchak
Sent: Monday, July 16, 2018 2:26 PM
To: Adrienne Cvetkovic <ACvetkovic@Kirby.com>
Subject: FW: requested info

Ok, so the Jacksonville American Shaman we thought was FD Will Nelson's actually belongs to DS Abe Sharqawi's daughter!  So, A, you will be visiting the shop of Abe's daughter in Jacksonville, the shop of Will Nelson in Jacksonville Beach, and the offices of Rachel Quinn in Bradenton and Sarasota (doesn't hurt to visit them both).  Thanks!!!!

-----Original Message-----
From: Mike Nichols <mnichols@scottfetzer.com>
Sent: Monday, July 16, 2018 2:12 PM
To: Halle Sminchak <hsminchak@kirby.com>
Cc: David Lamb <dlamb@scottfetzer.com>
Subject: requested info

Ex. 12

D-0001761