# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IBRAHIM SHARQAWI,** | : |
| Plaintiff, | : |
| | : Case No. 1:20-cv-00271-PAB |
| v. | : |
| | : Judge Bridget Meehan Brennan |
| **THE KIRBY COMPANY et al.,** | : |
| | : **STIPULATED MOTION TO** |
| Defendants. | : **RESCHEDULE OCTOBER 13, 2022** |
| | : **HEARING** |

Plaintiff Ibrahim Sharqawi and Defendants The Kirby Company and The Scott Fetzer Company, by their counsel, respectfully request that this Honorable Court reschedule the hearing currently set for October 13, 2022 at 9:00 a.m. The undersigned lead counsel for Defendants will be on a previously scheduled, paid for, and non-refundable vacation during the week of October 9, 2022. The undersigned has consulted with counsel for Plaintiff, Caryn Groedel, who does not object to rescheduling the hearing, and joins in this motion. If convenient for the Court, counsel for both parties are available October 24, 27, and 31, 2022.

WHEREFORE, the Parties respectfully request that this Honorable Court reschedule the October 13, 2022 Hearing to a date that is convenient for the parties and the Court.

Respectfully submitted:

By: /s/ Caryn M. Groedel  
    Caryn M. Groedel  
    (60131)  
    Law Office of Caryn Groedel  
    31000 Woodall Drive  
    Cleveland, OH 44139  
    Telephone: 440.230.3808  
    Facsimile: 440.664.2478  
    cgroedel@groedel-law.com  

    *Attorney for Plaintiff*

By: /s/ Ryan J. Morley  
    Ryan J. Morley  
    (77452)  
    John W. Hofstetter  
    (87071)  
    Littler Mendelson, P.C.  
    Key Tower, 127 Public Square,  
    Suite 1600  
    Cleveland, OH 44114  
    Telephone: 216.696.7600  
    Facsimile: 216.696.2038  
    rmorley@littler.com  
    jhofstetter@littler.com  

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             */s/ Ryan J. Morley*
                                             Ryan J. Morley

                                             One of the Attorneys for Defendants,
                                           THE KIRBY COMPANY and
                                           THE SCOTT FETZER COMPANY

4879-3799-5058.1 / 113066-1004