# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IBRAHIM SHARQAWI, | CASE NO. 1:20-cv-00271 |
| Plaintiff, | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | |
| THE KIRBY COMPANY, *et al.*, | PLAINTIFF'S NOTICE OF PAYMENT AND RESERVATION OF RIGHTS |
| Defendants. | |

Plaintiff respectfully gives notice that the payment required by this Court's 10/31/2022 Order is being made (Exhibit 1), in the full amount requested. This payment is not intended as a waiver of appeal rights, upon final judgment in this action, regarding said Order, and particularly that the Entry dated 9/13/22 does not require attendance of the Named Plaintiff or Lead Counsel.

Respectfully submitted,

*/s/ Patrick J. Perotti*
Patrick J. Perotti, Esq. (#0005481)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391 (440) 352-3469 Fax
Email: *pperotti@dworkenlaw.com*

Caryn M. Groedel, Esq. (#0060131)
**CARYN GROEDEL & ASSOCIATES CO., LPA**
208 Spriggel Drive
Munroe Falls, OH 44262
1291 SW Mulberry Way
Boca Raton, FL 33486
Phone: (440) 230-3808
(440) 207-9557
Fax: (440) 664-2478
*cgroedel@groedel-law.com*

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on November 16, 2022.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Patrick J. Perotti*
Patrick J. Perotti, Esq.